UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                                                            Case No. 14-30772
                                                                                  Chapter 13
Judy Bowling,                                                                     Hon. Daniel S. Opperman

      Debtor.
_____/

CORRECTED
**OBJECTION TO CLAIM OF THE STATE OF MICHIGAN**

    NOW COMES the Debtor, Judy Bowling, by and through her counsel, Bankruptcy Law Office with George E. Jacobs, and for her Objection states as follows:

    1. That the State of Michigan filed a proof of claim on or about July 17, 2014 alleging estimated priority tax of $5000 (Exhibit "A").

    2. That the actual amount owed to the State of Michigan is $272 per the attached tax return (Exhibit "C").

    WHEREFORE, Debtor requests this Honorable Court sustain her Objection and limit the Claim of the State of Michigan to $272 (Exhibit "A").

                                                                      Respectfully submitted,

                                                                    Bankruptcy Law Office

Dated: 9-11-14                                         By: /s/ George E. Jacobs
                                                                    George E. Jacbos (P36888)
                                                                    Attorney for Debtor
                                                                    2425 S. Linden Rd. Ste. C
                                                                    Flint, MI 48532
                                                                    810-720-4333
                                                                    george@bklawoffice.com